(March 14, 1985)

■ JEANNE SHELLEY, Appellant, v JAMES HOWATT, III, et al., Respondents. — Order, Supreme Court, New York County (Harold Tompkins, J.), entered on November 5, 1984, unanimously affirmed, without costs and without disbursements. The appeal from the order of said court entered on November 17, 1983 is dismissed as having been superseded by the appeal from the order entered on November 5, 1984, without costs and without disbursements. No opinion. Concur — Murphy, P. J., Ross, Bloom and Kassal, JJ.

■ NESTOR F. DUMAY, Petitioner, v STATE DIVISION OF HUMAN RIGHTS et al., Respondents. — Appeal from the order, State Division of Human Rights, dated May 18, 1984, unanimously dismissed as time barred, without costs and without disbursements. Were we to reach the merits, we would confirm. No opinion. Concur — Murphy, P. J., Ross, Bloom and Kassal, JJ.

■ CATHERINE MOUTOUSSIS et al., Appellants-Respondents, v CAROLE A. MOORE et al., Respondents-Appellants. LANGTRY REALTY CORP., as Assignee of BANKER'S TRUST COMPANY, Respondent-Appellant, v CATHERINE MOUTOUSSIS, Also Known as CATHERINE MAVROYANIS, Appellant-Respondent. — Order, Supreme Court, New York County (Orest Maresca, J.), entered on September 4, 1984, unanimously affirmed, without costs and without disbursements. The renewed motion to supplement the record is granted. No opinion. Concur — Sandler, J. P., Carro, Bloom and Kassal, JJ.